UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMAS ORDUNA, et al.,
    Plaintiffs,

CIVIL NO. 09-11818

-vs-

HON. PATRICK J. DUGGAN

SECRETARY OF DEPARTMENT
OF STATE, et al.
    Defendants.
_____/

## STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE

The parties have resolved this matter and hereby stipulate to dismiss this case without prejudice.

TERRENCE BERG
United States Attorney

| | |
|---|---|
| s/with consent of Caridad Pastor Cardinale | s/Steven P. Croley |
| CARIDAD PASTOR CARDINALE | STEVEN P. CROLEY |
| 525 E. Big Beaver Rd., Ste. 206 | Special Assistant U.S. Attorney |
| Troy, Michigan 48083 | 211 W. Fort St., Ste. 2001 |
| Phone: 248-619-0065 | Detroit, MI  48226 |
| | Phone: 313-226-9180 |
| | E-mail: Steven.Croley@usdoj.gov |
| | P-60647 |

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  December 22, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 22, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager